IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**JACOB BEHOUNEK, Individually and on**      **PLAINTIFF**
**Behalf of All Others Similarly Situated**

vs.      No. 1:22-cv-2341-EEC

**WHO'Z THE BOSS MUSIC, INC.,**      **DEFENDANTS**
**and DAVID A. HERRERO**

### PLAINTIFF'S NOTICE OF ACCEPTANCE OF OFFER OF JUDGMENT

Plaintiff Jacob Behounek ("Plaintiff"), by and through Plaintiff's attorneys, Sanford Law Firm, PLLC, for Plaintiff's Notice of Acceptance of Offer of Judgment, does state and allege as follows:

1. On June 29, 2022, counsel for Defendants Who'z the Boss Music, Inc., and David A. Herrero ("Defendants") emailed Plaintiff's counsel with an offer of judgment in the sum of $7,000 in settlement of Plaintiff's claims against Defendants in this action, inclusive of all damages, costs, attorneys' fees, and expenses accrued to date. Defendants' Offer of Judgment to Plaintiff is attached as Exhibit 1.

2. The deadline to accept the Offer of Judgment is July 13, 2022.

3. Plaintiff accepts Defendants' Offer of Judgment for the sum total of $7,000 for his claims alleged in this lawsuit, inclusive of all damages, costs, attorneys' fees, and expenses accrued to date.

Page 1 of 3
Jacob Behounek, et al. v. Who'z The Boss Music, Inc., et al.
U.S.D.C. (N.D. Ill.) Case No. 1:22-cv-2341-EEC
Plaintiff's Notice of Acceptance of Offer of Judgment

Respectfully submitted,

**JACOB BEHOUNEK, Individually
and on Behalf of All Others Similarly
Situated, PLAINTIFF**

SANFORD LAW FIRM, PLLC
Kirkpatrick Plaza
10800 Financial Centre Pkwy, Suite 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

*/s/ Colby Qualls*
Colby Qualls
Ark. Bar No. 2019246
colby@sanfordlawfirm.com

*/s/ Josh Sanford*
Josh Sanford
Ark. Bar No. 2001037
josh@sanfordlawfirm.com

**Page 2 of 3
Jacob Behounek, et al. v. Who'z The Boss Music, Inc., et al.
U.S.D.C. (N.D. Ill.) Case No. 1:22-cv-2341-EEC
Plaintiff's Notice of Acceptance of Offer of Judgment**

## **CERTIFICATE OF SERVICE**

    I, the undersigned counsel, do hereby certify that on the date imprinted by the CM/ECF system, a copy of the foregoing NOTICE was filed via the CM/ECF system, which will provide notice to the following attorneys of record:

Jeffery Rudd, Esq.
Julia Pearce Argentieri, Esq.
JACKSON LEWIS P.C.
150 North Michigan Avenue, Suite 2500
Chicago, Illinois 60601
Telephone: (312) 803-2547
Facsimile: (312) 878-4995
Jeffery.Rudd@jacksonlewis.com
Julia.Argentieri@jacksonlewis.com

                                                                 */s/ Colby Qualls*
                                                                **Colby Qualls**

Page 3 of 3
Jacob Behounek, et al. v. Who'z The Boss Music, Inc., et al.
U.S.D.C. (N.D. Ill.) Case No. 1:22-cv-2341-EEC
Plaintiff's Notice of Acceptance of Offer of Judgment