# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Jacob Behounek,

Plaintiff(s),

v.

Who'z the Boss Music, Inc., et al.,

Defendant(s).

Case No. 22 C 2341
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes         pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Under a Civil Rule 68 offer of judgment, the Court enters judgment in favor of the Plaintiff and against the Defendants in the total amount of $7,000.

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge        without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on a Civil Rule 68 offer of judgment.

Date: 7/4/2022            Thomas G. Bruton, Clerk of Court

/s/ Michael Wing, Deputy Clerk